**Craig M. WHITMOYER, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (MOUNTAIN COUNTRY MEATS), Respondents**

No. 924 MAL 2016

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are as follows:

Did the Commonwealth Court err in concluding that the term "instalments of compensation" in Section 319 of the Workers' Compensation Act, 77 P.S. § 671, encompasses both medical and disability compensation?

Did the Commonwealth Court err in finding that the defendant-employer did not waive its rights under Section 319 of

the Workers' Compensation Act, 77 P.S. § 671?